UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: LOIS JEAN KNOPE
LOIS J KNOPE

          Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

          Movant

vs.

CASE NO: 5-20-01650-MJC

LOIS JEAN KNOPE etal.

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on March 3, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: March 3, 2022

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: LOIS JEAN KNOPE
LOIS J KNOPE

        Debtor(s)

                CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

                CASE NO: 5-20-01650-MJC

LOIS JEAN KNOPE etal.
        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

   April 5, 2022 at 09:30 AM
   U.S. Bankruptcy Court
   Max Rosenn U.S. Courthouse
   197 S. Main Street
   Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1200.00**
   **AMOUNT DUE FOR THIS MONTH: $400.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1600.00**

**NOTE:**
 **ALL** payments must be made by **CERTIFIED CHECK, MONEY ORDER** or through **TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

 **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

 **If submitting payment by U.S. First Class Mail** mail to**:**
  **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

 If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: March 3, 2022

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:     LOIS JEAN KNOPE
            LOIS J KNOPE

                          Debtor(s)
                                                         CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                          Movant

vs.
                                                      CASE NO: 5-20-01650-MJC

LOIS JEAN KNOPE etal.
                         Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 3, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

   KIM M DIDDIO ESQUIRE
   17 N 6TH STREET
   STROUDSBURGPA18360-

   UNITED STATES TRUSTEE
   SUITE 1190
   228 WALNUT STREET
   HARRISBURG, PA  17101

<u>Served by First Class Mail</u>

   LOIS JEAN KNOPE
   240 SHIFFER ROAD
   STROUDSBURG  PA  18360

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 3, 2022                                         Respectfully Submitted,
                                                                      /s/  Matt Arcuri
                                                                      for Jack N. Zaharopoulos
                                                                      Standing Chapter 13 Trustee
                                                                      Suite A, 8125 Adams Dr.
                                                                      Hummelstown, PA  17036
                                                                      Phone:  (717) 566-6097
                                                                      email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LOIS JEAN KNOPE
AKA: LOIS J KNOPE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-01650-MJC

vs.

LOIS JEAN KNOPE
AKA: LOIS J KNOPE

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.